# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2005

128473

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MAURICE LEGREER ALLEN,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128473
COA: 252379
Wayne CC: 03-004964-01

_____/

      On order of the Court, the application for leave to appeal the March 24, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would peremptorily vacate the second conviction for assault with intent to murder based on *People v Hooper*, 152 Mich App 243 (1986).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2005

Clerk

p1128